**Benny VASQUEZ, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28224.**

Court of Criminal Appeals of Texas.

April 4, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty, is for the sale of beer in a dry area under three counts. The court found him guilty under each count and assessed a total fine of $375.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.